# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 06-243 JAP |
| v. | : | **WAIVER OF INDICTMENT** |
| MYRIAM VACA | : | |

I, MYRIAM VACA, the above-named defendant, who is charged with conspiracy to make false statements and representations to HUD, in violation of 18 U.S.C. § 371, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on 3/29/2006 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MYRIAM VACA
Defendant

_____
Anna Little, Esq.
Counsel for Defendant

Before: _____
HONORABLE
United States District Judge