DNJ-R11-003 (06/05)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

Myriam Vaca

Mag./Crim. No. 06-243

APPLICATION FOR PERMISSION
TO ENTER PLEA OF GUILTY

(Defendant with Counsel)

Myriam Vaca hereby certifies as follows:
(Defendant's Name)

1. My full name is __Myriam Vaca__ and I request that all proceedings against me be held in that name.

2. I understand that the Constitution and laws of the United States guarantee me the right to be represented by a lawyer at every stage in these proceedings, including any trial on these charges, and that if I cannot afford to hire a lawyer, the Court will provide one for me.

3. I have a lawyer who is representing me in this proceeding. My lawyer's name is __Anna C. Little, Esq.__ . I am satisfied that I have had enough time to discuss this matter with my lawyer.

4. English [IS] [IS NOT] my native language. My formal education stopped after [grade] __3 yrs University__ . I am presently [UNEMPLOYED] [EMPLOYED] as a __Assistant Manager__ (occupation).

5. I have taken [NO] [THE FOLLOWING] drugs or medication within the past seventy-two hours: __N/A__ .

6. I [HAVE] [HAVE NEVER] been a patient in a mental hospital or institution. I [DO] [DO NOT] believe that at the present time I am mentally ill or mentally incompetent in any respect.

7. I received a copy of the [COMPLAINT] [INDICTMENT] [INFORMATION] before being called upon to plead. I have read and discussed it with my lawyer. I understand that the substance of the charge(s) against me is that I: __Conspired with others to submit fraudulent mortgage applications to the FHA.__

Last Updated: June 30, 2005

_N/A_

[add separate sheets if necessary]

## WAIVER OF INDICTMENT (IF APPLICABLE)

8. My lawyer has explained to me that I have a constitutional right to be charged by an indictment of a grand jury but that I can waive that right and consent to being charged through a criminal Information filed by the United States Attorney.

9. I understand that unless I waive indictment I may not be charged with a felony unless a grand jury finds by return of an indictment that there is probable cause to believe that a crime has been committed and that I committed it.

10. I also understand that if I do not waive indictment, the government may present the case to the grand jury and request the grand jury to indict me.

11. I understand that a grand jury is composed of at least 16 and not more than 23 persons, that at least 12 grand jurors must find that there is probable cause to believe that I committed the crime. I also understand that the grand jury may or may not indict me.

12. I further understand that by waiving indictment by the grand jury, the case will proceed against me on the United States Attorney's Information as though I had been indicted.

13. My attorney has discussed the nature of the charges(s) against me and waiving my right to indictment thereon by grand jury, I fully understand those rights, and I wish to waive indictment by grand jury.

14. My decision to waive indictment by grand jury is made knowingly and voluntarily, and no threats or promises have been made to induce me to waive indictment.

## THE GUILTY PLEA

15. I have told my lawyer all the facts and circumstances known to me about the charge(s) set forth in the [COMPLAINT] [~~INDICTMENT~~] [INFORMATION].

16. I am satisfied that my lawyer understands the information which I have provided, and that my lawyer has counseled and advised me on the nature of each charge and on all possible defenses that I might have in this case.

17. In addition, my lawyer has explained to me, and I understand, that if I entered a plea of NOT GUILTY (or persisted in my plea of NOT GUILTY), under the Constitution and laws of the United States I would be entitled to a speedy and public trial by a jury of twelve persons on the charge(s) contained in this [COMPLAINT] [~~INDICTMENT~~] [INFORMATION].

Last Updated: June 30, 2005               2

18. My lawyer has explained to me, and I understand, that at such a trial the jury would be told by the judge that I am presumed to be innocent, and that the Government would be required to prove me guilty of the charge(s) against me beyond a reasonable doubt. I understand that I would not have to prove that I am innocent, and that I could not be convicted unless all twelve jurors voted unanimously for conviction.

19. My lawyer has explained to me, and I understand, that if I went to trial on these charge(s), the Government would have to produce in open court the witnesses against me, and that my lawyer could confront and cross-examine them and object to evidence offered by the Government.

20. My lawyer has further explained to me, and I understand, that I have the right to produce witnesses and could offer evidence in my defense at a trial on these charge(s), and that I would have the right, if I so chose, to testify on my own behalf at that trial; but if I chose not to testify, the jury could draw no suggestion or inference of guilt from that fact.

21. My lawyer has explained to me, and I understand, that if I plead GUILTY to any charge(s) in this [COMPLAINT] [~~INDICTMENT~~] [INFORMATION] and the judge accepts my plea, I WAIVE MY RIGHT TO TRIAL AND THE OTHER RIGHTS SET FORTH IN PARAGRAPHS 17, 18, 19 and 20 ABOVE. I am aware and understand that if my GUILTY plea is accepted, there will be no trial and a judgment of GUILTY will be entered after which, the judge, upon consideration of my presentence report, will impose punishment upon me. I understand that if I plead GUILTY, the judge may impose the same punishment as if I had pleaded "not guilty", went to trial and was convicted by a jury.

22. My lawyer has also explained to me, and I understand, that if I plead GUILTY, I WAIVE MY RIGHT NOT TO INCRIMINATE MYSELF. I understand that the judge will ask me what I did and I will have to acknowledge my guilt as charged by setting forth my actions so that the judge is satisfied that I am, indeed, guilty. I understand that any statements I make at the time I plead GUILTY, if untrue and made under oath, can be the basis of a perjury prosecution against me.

SENTENCING ISSUES

23. My lawyer has informed me, and I understand, that the maximum punishment which the law provides for the offense(s) charged in this [COMPLAINT] [~~INDICTMENT~~] [INFORMATION] is:

A MAXIMUM OF ___5___ years imprisonment and a fine of $ 250,000.xx for the offense(s) charged in Count(s) ___1___. My lawyer has further explained, and I understand, that there is [NO] [~~A~~] mandatory minimum punishment of

_N/A_ years imprisonment and [NO] [~~X~~] mandatory minimum fine of $ _N/A_ for the offense(s) charged in Count(s) _1_.

I understand that if I plead GUILTY to Count(s) _1_ of the [COMPLAINT] [~~INDICTMENT~~] [INFORMATION], I face a maximum sentence on those Count(s) of _5_ years imprisonment, plus an aggregate fine of $ _250,000x_. My lawyer has additionally explained, and I understand, that in addition to or in lieu of the penalties already discussed, I may be ordered to make restitution to any victim of the offense and that the Court may require me to make a restitution in services instead of money or to make restitution to a designated third person or organization instead of the victim. I understand that in determining whether to order restitution and the amount of restitution the Court will consider the amount of the loss sustained by any victim as a result of the offense, my financial resources, the financial needs and earning ability of my dependents, and any other factors as the Court deems appropriate.

I understand that I will be assessed $100 for each felony upon which I am sentenced and $25 for each misdemeanor, if any.

24. I hereby declare that no officer or agent of any branch of government, (Federal, State or local), nor my lawyer, nor any other person, has made any promise or suggestion of any kind to me, or within my knowledge to anyone else, that I will receive a lighter sentence, or probation, or any other form of leniency if I plead GUILTY. My lawyer has explained, and I understand, that only the judge may decide what punishment I shall receive, and that if any person has told me otherwise, that person is not telling me the truth.

25. I understand that the sentence to be imposed upon me is within the sole discretion of the sentencing judge, subject to the provisions of the Sentencing Reform Act of 1984.

26. I understand that in deciding what sentence to impose upon me, the sentencing judge is required to consider the maximum and minimum prison terms, fines and terms of supervised release recommended under the Sentencing Guidelines. I understand that the Sentencing Guidelines may authorize departures from the maximum and minimum Guidelines recommendations under certain circumstances.

27. I understand that the Sentencing Guidelines are advisory, and that the sentencing judge must also consider the other statutory factors identified in 18 U.S.C. § 3553(a) in deciding what sentence to impose. I understand that the judge has the authority to impose a sentence more severe (up to the statutory maximum) or less severe than the sentencing range recommended by the Guidelines.

28. I have discussed with my attorney how the Sentencing Guidelines might apply to my case.

29. I understand that the Court will not be able to determine the sentence for my case until after the Presentence Report has been completed and both I and the Government have had an opportunity to read the report and challenge any facts reported by the probation officer.

30. I understand that the Court may be bound to impose a fine in accordance with statutory requirements.

31. I understand that parole has been abolished and that if I am sentenced to prison I will not be released on parole.

32. I further understand that the Court [SHALL] [~~MAY~~] impose a term of supervised release to follow any term of imprisonment and that any violation of that term of supervised release may result in an additional term of imprisonment. I understand that I am subject to a term of supervised release of up to __3__ years, the statutory maximum period of supervised release for the crime(s) to which I am pleading guilty.

    I further understand that the provisions of 21 U.S.C. § _____, which provide for a mandatory minimum term of supervised release of __3__ years, [DO] [~~DO NOT~~] apply to my case.

33. I understand that I will have no right to withdraw my plea on the grounds that anyone's prediction as to the Guidelines range or expectation of sentence proves inaccurate.

PLEA AGREEMENT

34. I hereby declare that I have not been forced, coerced or threatened in any manner by any person to plead GUILTY to these charge(s). Nor have I been told that if I refuse to plead GUILTY, other persons will be prosecuted.

35. There [HAS] [~~HAS NOT~~] been a plea agreement entered into between me and the United States Attorney, by Assistant United States Attorney __Richard Constable__. (name)

    [ ] The plea agreement DOES NOT exist in written form.
    [X] The plea agreement DOES exist in written form. I have
        read it or have had it read to me in __Spanish__
        (LANGUAGE). My lawyer has explained it to me and I
        understand it.

36. The substance of the plea agreement is:
    __Guilty plea and cooperation will result in
    no prison term, probation instead, with possible__

*Community service in place of fine/restitution.*

37. The plea agreement [DOES] [~~DOES NOT~~] contain stipulations agreed to by the parties.

    IF APPLICABLE, CHOOSE ONE OF THE FOLLOWING:

    [ ]  I understand that my plea agreement sets forth a Guidelines calculation which I agree is the total Guidelines offense level applicable to me in this case. I further understand that I have waived the right to argue that the sentencing judge should impose a sentence below the range that results from this offense level, and that the government has waived the right to argue for a sentence above the range that results from this offense level.

    [ ]  I understand that my plea agreement sets forth a Guidelines calculation which I agree is the total Guidelines offense level applicable to me in this case. I further understand that with the exception of arguments regarding a departure as set forth in Paragraph ___ of Schedule A to the plea agreement, I have waived the right to argue that the sentencing judge should impose a sentence below the range that results from this offense level, and the government has waived the right to argue for a sentence above the range that results from this offense level.

    [X]  The plea agreement contains stipulations regarding certain facts. I understand that if the sentencing court accepts a factual stipulation set forth in the plea agreement, both I and the government have waived the right to file an appeal, collateral attack, writ, or motion claiming that the sentencing court erred in doing so.

38. I understand that my plea agreement [PROVIDES] [~~DOES NOT PROVIDE~~] that under certain circumstances I have waived my right to appeal or collaterally attack the sentence imposed in this case.

39. My lawyer has explained to me, and I understand, that if the judge accepts my GUILTY plea under the plea agreement, including the government's proposal to dismiss charges or to not bring other charges, the judge is not bound to follow the other terms in the plea agreement, including the stipulations recommending that a particular sentence or sentencing range is appropriate or that a particular provision of the Guidelines does or does not apply. I understand that if the judge does not follow one or all of the other terms of the plea agreement, including the stipulations, I will have no right to withdraw my GUILTY plea, even if the disposition of my case may be less favorable than that proposed in the plea agreement.

40. I believe that my lawyer has done all that anyone could do to counsel and assist me, AND I AM SATISFIED WITH THE ADVICE AND HELP MY LAWYER HAS GIVEN ME.

41. I know the judge will not permit anyone to plead GUILTY who claims to be innocent, and with that in mind and because I am GUILTY, I respectfully request that the Court accept my plea of GUILTY and to have the Clerk enter my plea of GUILTY as follows:

   To Count(s) ____1____ of this ([COMPLAINT] [~~INDICTMENT~~] [INFORMATION].

42. I offer my plea of GUILTY freely and voluntarily ~~and of my~~ own accord with full ~~understanding~~ of all matters set forth in the [COMPLAINT] [~~INDICTMENT~~] [INFORMATION], in this application, and in the certification of my lawyer which is ~~attached to~~ this application.

43. ~~I further~~ declare that I wish to waive the reading of the [COMPLAINT] [~~INDICTMENT~~] [INFORMATION] in open court, and I request the Court to enter my plea of GUILTY as ~~set forth in~~ Paragraph 41, above.

44. The following person(s), if any, assisted me in completing this application: __Anna C. Little, Esq.__

I hereby certify that the foregoing information and statements herein are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed by me in open court in the presence of my lawyer this __29__ day of __March__, 20_06_

_____
Defendant

## CERTIFICATION OF COUNSEL

__Anna C. Little, Esq.__ hereby certifies that:

1. I am an attorney at law of the State of __NJ__ and have been [RETAINED BY] [~~ASSIGNED TO REPRESENT~~] the defendant __Myriam Vaca__, in [~~MAGISTRATE~~] [CRIMINAL] No. _____.

2. I have read and fully explained to the defendant the allegations contained in the [COMPLAINT] [~~INDICTMENT~~] [INFORMATION].

3. To the best of my knowledge and belief the statements, representations, and declarations made by the defendant in the foregoing Application are in all respects accurate and true.

4. (IF APPLICABLE) In my opinion the defendant's waiver of indictment by grand jury is voluntarily and knowingly made, and I recommend to the Court that the waiver be accepted by the Court.

5. In my opinion the defendant's waiver of reading the [COMPLAINT] [~~INDICTMENT~~] [INFORMATION] in open court as provided in Rule 10 is voluntarily and knowingly made, and I recommend to the Court that the waiver be accepted by the Court.

6. I have explained the maximum and any mandatory minimum penalty for each count to the defendant. I have explained to him that he may be ordered to make restitution under the Victim and Witness Protection Act.

7. I have explained to the defendant that in imposing sentence, the sentencing judge is required to consider the Sentencing Guidelines, and I have further explained how the Guidelines might apply to this offense and to the defendant. I have further explained to the defendant that the Guidelines are advisory, not mandatory, and that the sentencing judge may impose a sentence higher or lower than that recommended by the Guidelines.

8. The plea of GUILTY offered by the defendant in Paragraph 41 accords with my understanding of the facts related to me and is consistent with my advice to the defendant.

9. In my opinion the plea of GUILTY as offered by the defendant in Paragraph 41 of this Application is voluntarily made with understanding of the consequences of the plea. I recommend that the Court accept the plea of GUILTY.

Signed by me in open court in the presence of the defendant above named, and after full disclosure of the contents of this Certification to the defendant, this __29__ day of __March__, 20__06__.

_____
Attorney for the Defendant

Last Updated: June 30, 2005                                        8

rule11.frm-05·

RECEIVED
WILLIAM T. WALSH, CLERK

2006 MAR 29 P 4:19

UNITED STATES
DISTRICT COURT

TRIBUNAL FEDERAL DE PRIMERA INSTANCIA
DISTRITO DE NUEVA JERSEY

El Ministerio Público de los
Estados Unidos de América

Causa Penal No. 06-243

- contra -

*Myriam Vaca*

SOLICITUD DE PERMISO PARA
ANOTAR OFICIALMENTE UNA
DECLARACIÓN DE CULPABILIDAD

(Acusado con Abogado)

_____, por este medio certifica lo siguiente:

1. Me llamo _Myriam Vaca_ y solicito que todo el proceso en contra mía se adjudique con ese nombre.

2. Entiendo que la Constitución y las leyes de los Estados Unidos me garantizan el derecho a ser representado por un abogado en cada etapa de este proceso, incluyendo cualquier juicio oral por los cargos presentados contra mí, y que si no tengo los recursos para contratar un abogado, el Tribunal me proporcionará uno para que me represente.

3. Tengo un abogado que me representa en este proceso. El nombre de mi abogado es: _Anna C. Little, Esq._. Estoy conforme de haber tenido suficiente tiempo para tratar este asunto con mi abogado.

4. El inglés [es] (no es), mi lengua materna. Mis estudios formales terminaron después del grado _3yrs Univers_ Actualmente estoy [desempleado] (empleado) como _Assistant Manager_.
   (oficio o profesión)

5. [No he tomado ninguna droga, medicina ni bebida alcohólica en las últimas veinticuatro horas]. [He tomado las siguientes drogas o medicinas dentro de las últimas veinticuatro horas: _N/A_ ].

6. [He sido] [Nunca he sido] paciente en un hospital ni institución para enfermos mentales. En el momento presente [creo que] [creo que no] estoy enfermo(a) mentalmente [o] [ni] tengo una ineptitud mental [en algún aspecto] [en ningún aspecto].

1

7. He recibido una copia del documento acusatorio antes de ser llamado a hacer mi alegación. Lo he leído y lo he discutido con mi abogado. Entiendo que en esencia el cargo en contra mía es que yo:

_Conspired with others to submit fraudulent mortgage applications to the FHA_

[añada hojas aparte si fuera necesario]

## RENUNCIA AL DERECHO A UN DOCUMENTO INCULPATORIO (SI CORRESPONDE)

8. Mi abogado me ha explicado que tengo el derecho constitucional de ser acusado mediante un documento inculpatorio formulado por un jurado indagatorio (gran jurado), pero que puedo renunciar a ese derecho y dar mi consentimiento para ser acusado mediante un informe acusatorio presentado por el fiscal federal del distrito.

9. Entiendo que a menos que yo renuncie a mi derecho al inculpatorio del gran jurado, no podría ser acusado de un delito sin que un gran jurado determinara mediante la formulación de un documento inculpatorio que hay motivo fundado para creer que se ha cometido un acto delictivo y que yo lo cometí.

10. También entiendo que si no renuncio a mi derecho a un documento inculpatorio, el gobierno puede presentarle los indicios de mi criminalidad al gran jurado y solicitar que se formule un documento inculpatorio contra mí.

11. Entiendo que el gran jurado está compuesto de 16 personas por lo menos y de no más de 23 y que por lo menos 12 de los integrantes del gran jurado tienen que determinar que hay un motivo fundado para creer que yo perpetré el acto delictivo. También entiendo que el gran jurado podría acusarme o podría no hacerlo.

12. Entiendo, además, que, al renunciar a mi derecho al inculpatorio del gran jurado, el proceso continuará contra mí basado en el informe acusatorio del fiscal federal del distrito tal como si yo hubiera sido acusado por un documento inculpatorio de un gran jurado.

13. Mi abogado me ha explicado la índole de los cargos en contra mía y hemos hablado de mi renuncia al derecho a ser acusado formalmente en un inculpatorio de un gran jurado. Entiendo completamente esos derechos, y deseo renunciar a mi derecho a un inculpatorio de un gran jurado.

14. Hago mi decisión de renunciar a mi derecho a un inculpatorio de un gran jurado a sabiendas y voluntariamente, sin que se me hayan hecho ni amenazas ni promesas para inducirme a renunciar al inculpatorio de un gran jurado.

2

modo imputado exponiendo mis acciones de modo que el juez pueda estar conforme de que en efecto soy culpable. Entiendo que cualquier declaración que haga en el momento de declararme CULPABLE, si no fuera cierta y la hago bajo juramento, puede servir de base para entablar un proceso por perjurio en contra mía.

23. Mi abogado me ha informado, y yo entiendo, que el castigo máximo que la ley dispone para el delito imputado en este documento acusatorio es:

    UN MÁXIMO DE __5__ años de prisión y una multa de $ _250,000._ por el (los) acto(s) delictivo(s) imputado(s) en el (los) Cargo(s) __×__. Mi abogado también me ha explicado, y yo entiendo, que ~~hay~~ (no hay) un castigo mínimo legal obligatorio de __×__ años de encarcelamiento y que ~~hay~~ (no hay) ninguna multa mínima legal obligatoria de $ __×__ por el (los) delito(s) imputado(s) en el (los) cargo(s) __×__.

    Entiendo que si me declaro CULPABLE del (de los) Cargo(s) del documento acusatorio le hago frente a una condena máxima por esos cargos __5__ años de pena a prisión, más una multa total de $ _250,000_. Mi abogado también me ha explicado, y yo entiendo, que además de las penalidades ya mencionadas, o en lugar de ellas, se me puede ordenar que haga restitución a cualquier víctima del delito, y que el tribunal puede requerir que la restitución sea en forma de servicios en vez de dinero o que la restitución se le haga a una tercera persona u organización designada en lugar de a la víctima. Entiendo que al determinar si ordenará restitución y la cantidad de la restitución, el juez considerará la cantidad de la pérdida sufrida por cualquiera de las víctimas como resultado de la infracción, mis recursos económicos, las necesidades financieras y la capacidad de ganar dinero de los que dependen de mí, y cualquier otro tipo de factores que el tribunal considere apropiado.

    Entiendo que se me impondrá un gravamen obligatorio de $100 por cada delito por el cual sea sentenciado(a) y $25 por cada falta, si la hubiera.

24. Por este medio declaro que ningún funcionario ni agente de ninguna dependencia del gobierno (federal, estatal ni municipal), ni mi abogado, ni ninguna otra persona, me ha hecho ninguna promesa ni sugerencia de ninguna clase, ni que yo sepa, a ninguna otra persona, de que recibiré una condena más leve, o libertad condicional a prueba [probatoria], o cualquier otra forma de clemencia si me declaro CULPABLE. Mi abogado me ha explicado, y yo entiendo, que únicamente el juez puede decidir el castigo que recibiré, y que si cualquier persona me ha dicho algo diferente, esa persona no me está diciendo la verdad.

    <u>SI SE TRATA DE UNA CAUSA EN LA QUE CORRESPONDEN LAS PAUTAS FEDERALES DE SENTENCIA</u>:   Tenga la bondad de responder los párrafos desde el 25 hasta el 34. Si no, vaya directamente al párrafo 35.

25. Entiendo que la sentencia que se ha de imponer cae dentro del poder discrecional único del juez sentenciador, sujeto a las disposiciones de la Ley de Reforma de las Sentencias de 1984.

4

LA DECLARACIÓN JUDICIAL DE CULPABILIDAD

15. Le he dicho a mi abogado todos los hechos y circunstancias de los cuales tengo conocimiento sobre el cargo expuesto en la denuncia, el inculpatorio o el informe acusatorio (en lo adelante, documento acusatorio)

16. Estoy conforme de que mi abogado entiende la información que le he proporcionado, y que mi abogado me ha aconsejado y asesorado sobre la índole de cada cargo y sobre todos los posibles argumentos jurídicos de defensa que podría tener en esta causa.

17. Además, mi abogado me ha explicado, y yo entiendo, que se mi declaro NO CULPABLE (o persisto en mi declaración judicial de NO CULPABLE), de acuerdo con la Constitución y las leyes de los Estados Unidos tendría derecho a un juicio público, que se celebraría a la mayor brevedad por un jurado de doce personas, por los cargos contenidos en el documento acusatorio.

18. Mi abogado me ha explicado, y yo entiendo, que en dicho juicio el juez le diría al jurado que se presume que soy inocente y que se requeriría que el ministerio público comprobara, más allá de una duda razonable, que soy culpable de los cargos formulados contra mí. Entiendo que no tendría que comprobar que soy inocente, y que no podría ser culpado a menos que todos los doce integrantes del jurado votaran unánimemente para culparme.

19. Mi abogado me ha explicado, y yo entiendo, que si fuera a juicio por estos cargos, el ministerio público tendría que presentar en sesión pública a testigos que declararían contra mí, y que mi abogado podría hacerles el careo y el contrainterrogatorio y oponerse a que se aceptaran las pruebas ofrecidas por el gobierno (ministerio público).

20. Mi abogado también me ha explicado, y yo entiendo, que tengo derecho a presentar a testigos y que podría ofrecer medios de prueba para mi defensa en el juicio por estos cargo, y que yo tendría derecho, si eligiera hacerlo así, a testificar en mi propia defensa en ese juicio; pero si yo optara por no testificar, el jurado no podría sacar ninguna sugerencia ni inferencia de culpabilidad porque yo no declare en el juicio.

21. Mi abogado me ha explicado, y yo entiendo, que si me declaro CULPABLE de cualquier cargo del documento acusatorio, y el juez acepta mi declaración de culpabilidad, RENUNCIO A MI DERECHO A UN JUICIO Y A LOS OTROS DERECHOS EXPRESADOS EN LOS PÁRRAFOS 18, 19, 20 y 21 que anteceden. Me doy cuenta y entiendo que si se acepta mi declaración judicial de CULPABILIDAD, no habrá juicio, y se asentará un fallo de CULPABILIDAD, después del cual, el juez, una vez que considere el informe pre-condenatorio, me impondrá el castigo. Entiendo que si me declaro CULPABLE, el juez puede imponerme el mismo castigo legal que podría imponerme si me hubiera declarado "no culpable", hubiera ido a juicio y hubiera sido culpado por un jurado.

22. Mi abogado también me ha explicado, y yo entiendo, que si me declaro CULPABLE, RENUNCIO A MI DERECHO A NO INCRIMINARME. Entiendo que el juez me preguntará qué fue lo que yo hice y tendré que reconocer [confesar] mi culpabilidad del

3

26. Entiendo que al decidir la sentencia que se me va a imponer, se requiere que el juez sentenciador considere los términos de pena a prisión máximos y mínimos, las multas y los términos de libertad supervisada recomendados de acuerdo con las Pautas Federales de Sentencia. Entiendo que las Pautas de Sentencia pueden autorizar desviaciones de las recomendaciones con respecto a las penas máximas y mínimas según las Pautas de acuerdo con ciertas circunstancias.

27. Entiendo que las Pautas de Sentencia son consultivas y que el juez sentenciador también tiene que considerar los otros factores estatutarios identificados en el artículo 3553 (a) del Título 18 del Código de los Estados Unidos [8 U.S.C. § 3553 (a)] al decidir la sentencia que se ha de imponer. Entiendo que el juez tiene la autoridad de imponer una pena más severa (hasta el máximo dispuesto en el artículo legal) o menos severa que el intervalo de penas recomendado por las Pautas.

28. He discutido con mi abogado el modo en que las Pautas Federales de Sentencia podrían corresponder en mi causa judicial.

29. Entiendo que el juez no podrá determinar la pena en mi causa judicial hasta después de que se haya completado el informe pre-condenatorio y tanto el ministerio público como yo hayamos tenido la oportunidad de leer el informe e impugnar cualquiera de los hechos presentados por el agente de libertad condicional (de probatoria.)

30. Entiendo que el juez podría estar obligado a imponerme una multa de acuerdo con los requisitos legales.

31. Entiendo que mi acuerdo para la declaración de culpabilidad ~~dispone /~~ no dispone que de conformidad con ciertas circunstancias he renunciado a mi derecho a interponer un recurso de apelación o a impugnar colateralmente de la pena que se imponga en esta causa.

32. Entiendo que se ha abolido la libertad condicional bajo palabra (*parole*) y que si soy sentenciado a una pena de prisión no seré puesto en libertad condicional bajo palabra.

33. Entiendo, además, que el juez me impondrá / ~~me podría imponer~~ un término de libertad supervisada que seguirá a cualquier término de prisión impuesto, y que cualquier incumplimiento de ese término de libertad supervisada puede tener como resultado la imposición de un período adicional de encarcelamiento. Entiendo que estoy sujeto a un término de libertad supervisada de hasta __3__ años, que es el período máximo legal de libertad supervisada por el delito ~~(los delitos)~~ de los cuales me estoy declarando culpable.

Entiendo, además, que las disposiciones de 21 U.S.C. § _____, que disponen un término mínimo de libertad su supervisada de _____ años ~~corresponden~~ / no corresponden en mi causa.

5

34. Entiendo que no tendré derecho a retirar mi declaración oficial de culpabilidad basándome en que la predicción hecha por cualquier persona con respecto al intervalo de las Pautas o a la condena que podría esperar resultara inexacta.

## ACUERDO PARA LA DECLARACIÓN DE CULPABILIDAD

35. Por este medio declaro que no he sido forzado, coaccionado ni amenazado en forma alguna por ninguna persona para que me declare CULPABLE a estos cargos. Ni tampoco se me ha dicho que si me niego a declararme CULPABLE, otras personas serán procesadas.

36. Hay [~~No hay~~] un acuerdo para la declaración de culpabilidad celebrado entre mi persona y el Fiscal Federal del Distrito, por el Fiscal Federal Delegado _Richard Constable_

    [ ] El acuerdo para la declaración de culpabilidad no existe por escrito.
    [X] El acuerdo para la declaración de culpabilidad existe por escrito.
    Lo he leído o se me ha leído en español. Mi abogado me lo ha explicado y yo lo entiendo.

37. Lo esencial del acuerdo para la declaración de culpabilidad es:
    _Guilty Plea and cooperation will result in no prison term, probation instead, with possible community service in place of fine/restitution._

38. Mi abogado me ha explicado, y yo entiendo, que si el juez acepta mi declaración de CULPABILIDAD de acuerdo con los términos del convenio para la declaración de culpabilidad, incluyendo la propuesta del gobierno de desestimar cargos o de no presentar otros cargos, el juez no está obligado a seguir los otros términos del convenio, incluyendo las estipulaciones que recomiendan que una condena en particular o un intervalo de penas en particular es apropiado, o que una disposición en particular de las Pautas corresponde o no corresponde. Entiendo que si el juez no aceptara alguno de los términos del acuerdo, o ninguno de ellos, incluyendo las estipulaciones, no tendré derecho a retirar mi declaración de CULPABILIDAD, aun cuando la resolución de mi causa judicial resulte ser menos favorable que la propuesta en el convenio para la declaración de culpabilidad.

39. Creo que mi abogado ha hecho todo lo que cualquier persona podría hacer para asesorarme y ayudarme, Y ESTOY CONFORME CON EL CONSEJO Y LA AYUDA QUE MI ABOGADO ME HA DADO.

40. Sé que el juez no le permitirá a nadie que se declare CULPABLE si afirma ser inocente, y teniendo esto en mente y porque soy CULPABLE, respetuosamente solicito que el Tribunal acepte mi DECLARACIÓN DE CULPABILIDAD y que haga que el Secretario del Tribunal anote mi DECLARACIÓN DE CULPABILIDAD del modo siguiente:

Al (a los) Cargo(s) _____✗_____ de este Documento Acusatorio.

41. Ofrezco mi DECLARACIÓN DE CULPABILIDAD libre y voluntariamente y por mi libre albedrío, con pleno entendimiento de todos los asuntos expresados en el documento acusatorio, en esta solicitud y en la certificación de mi abogado que está adjunta a esta solicitud.

42. Declaro, además, que deseo renunciar a la lectura del documento acusatorio en sesión pública, y solicito que el Tribunal anote oficialmente mi DECLARACIÓN DE CULPABILIDAD del modo expuesto en el Párrafo 40, que antecede.

43. Las siguientes personas, si recibió ayuda, me ayudaron a completar esta solicitud:

_____Anna C. Little, Esq._____.

Por este medio certifico que la información precedente y las declaraciones contenidas en la presente son ciertas. Me doy cuenta de que si alguna de las declaraciones precedentes hechas por mí fueran voluntariamente falsas, estoy sujeto a castigo.

Firmado de mi puño y letra en sesión pública, en presencia de mi abogado, en este día ___1___ del mes de __Diciembre__ del año 20_05_.

_____
Acusado

## CERTIFICACIÓN DEL ABOGADO

_____Anna C. Little, Esq._____ por este medio certifica que:

1. Soy un(a) abogado(a) en el estado de __N.J.__ y he sido [contratado(a)] [asignado(a)] para representar al (a la) acusado(a), __Myriam Vaca__, en la Causa Penal No. _____.

2. He leído y le he explicado completamente al acusado las alegaciones contenidas en el documento acusatorio.

3. A mi leal saber y entender, las afirmaciones, manifestaciones y declaraciones hechas por el acusado en la solicitud que antecede son en todo aspecto exactas y verdaderas.

4. (SI CORRESPONDE) En mi opinión, la renuncia al derecho del acusado al documento inculpatorio de un gran jurado la hace a sabiendas y voluntariamente y le recomiendo al tribunal que acepte dicha renuncia.

5. En mi opinión, la renuncia al derecho del acusado a la lectura del documento acusatorio en sesión pública del modo dispuesto por la Regla 10 la hace a sabiendas y voluntariamente y le recomiendo al tribunal que acepte dicha renuncia.

6. Le he explicado al acusado las sanciones máximas y cualquier penalidad mínima obligatoria para cada cargo. Le he explicado que se podría ordenar que hiciera restitución de acuerdo con la Ley de Protección de Víctimas y Testigos.

7. (SI SE TRATA DE UNA CAUSA DONDE CORRESPONDEN LAS PAUTAS) Le he explicado al acusado que al imponer la sentencia se requiere que el juez sentenciador considere las Pautas Federales de Sentencias, y le he explicado el modo en que las Pautas podrían corresponder a este delito y al acusado. También le he explicado al acusado que las Pautas son consultivas, no obligatorias, y que el juez sentenciador puede imponer una sentencia más alta o más baja que la recomendada por las Pautas.

8. La DECLARACIÓN DE CULPABILIDAD ofrecida por el acusado en el Párrafo 40 concuerda con lo que tengo entendido sobre los hechos que se me han relatado y es compatible con el consejo que le he dado al acusado.

9. En mi opinión, la DECLARACIÓN DE CULPABILIDAD del modo en que el acusado la ofrece en el Párrafo 40 de esta solicitud la hace voluntariamente y con pleno conocimiento de las consecuencias de dicha declaración. Recomiendo que el tribunal acepte la DECLARACIÓN DE CULPABILIDAD.

Firmado por mí en sesión pública en presencia del acusado nombrado arriba, después de haberle revelado completamente el contenido de esta Certificación al acusado, en este día __1__ del mes de __diciembre__ del año 20__05__.

_____
Abogado del Acusado