UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

Judge: Pisano
COURT REPORTER: Caruso

March 29, 2006

Docket No 06- 243

## TITLE OF CASE

USA

v.

MYRIAM VACA

## APPEARANCE

Richard Constable, AUSA

Anna Little, Esq

## NATURE OF PROCEEDINGS:

Maria Voltmer sworn as interpreter

Defendant Sworn

Waiver of Indictment, fld.

Information, fld.

Defendant plead guilty to count one of the information.

Rule 11 Form, fld.

Plea Agreement, fld.

Ordered sentence date set for 6/29/06 at 10:00 a.m.

Ordered defendant released on $25,000.00 PR Bond;travel restricted to NJ;surrender passport;report to PTS.

S/Theresa C. Trivino, Senior Courtroom Deputy/Court Specialist