UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Cr. No. 06-243 JAP

-vs-                          :

Myriam Vaca                   :      ORDER OF RELEASE

It is on this 29th day of March 2006, ORDERED

That bail be fixed at $25,000 and the defendants be released upon:

a. Executing an unsecured appearance. PR

It is further ORDERED that, in addition to the above, the following conditions are imposed:

(✓) That the defendant not attempt to influence, intimidate, retaliate or injure any juror, judicial officer, witness victim or informant in this case.

(✓) That the defendant be restricted in travel to
New Jersey (✓)   New York ()   Pennsylvania ()

And any such travel with the approval of Pretrial service

(✓) Surrender passport and/or not apply for a new passport OR Any other travel documents

(✓) Report to Pretrial Services in New Jersey.
( ) Additional Conditions:

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Joel A. Pisano, U.S.D.J.