PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

U.S.A. vs. **Myriam Vaca**

Docket No. **06-243**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **John Pyburn** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Myriam Vaca**, who was placed under pretrial release supervision by the **Honorable Joel A. Pisano** sitting in the Court at 50 Walnut Street Newark, New Jersey, on March 28, 2006, under the following conditions:

1. Travel restricted to the District of New Jersey, unless approved by Pretrial Services
2. Surrender passport and not apply for any new travel documents

Respectfully presenting petition for action of Court and for cause as follows:

Following her appearance before Your Honor on March 28, 2006, the defendant advised Pretrial Services that she would benefit from mental health counseling. This statement was made in the presence of defense counsel, Anna Little, who has no objection to the added condition of mental health testing and treatment.

PRAYING THAT THE COURT WILL ORDER **the added condition of mental health testing and treatment, as directed by Pretrial Services**

ORDER OF COURT

Considered and ordered this ___12th___ day of ___April___, ___06___ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/12/2006___

_____
John Pyburn
U.S. Pretrial Services/Probation Officer