UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**NEWARK**  **July 27, 2006**
**Judge: Pisano**
**COURT REPORTER: CARUSO**  Docket No. 06-243

**TITLE OF CASE**
USA

V.

**MIRIAM VACA**

**APPEARANCES:**
**Richard Constable, AUSA**
**Anna Little, Esq.**

**NATURE OF PROCEEDINGS:**
**(30 minutes non-contested)**

**Anna Little attorney for defendant served as spanish interpreter at defendant's request**

**Court granted downward departure application**

**Sentence: Probation 2 years on count one of the information.**
**Defendant is excused from drug testing, etc.**

**Special Conditions:**
The defendant shall cooperate with Immigration and Customs Enforcement to resolve any problems with her status in the United States. The defendant shall provide truthful information and abide by the rules and regulations of Immigration and Customs Enforcement. If deported, the defendant shall not re-enter the United

States without the written permission of the Attorney General. If the defendant re-enters the United States, she shall report in person to the nearest U.S. Probation Office within 48 hours.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special Assessment: $100.00**

**S/Theresa C. Trivino, Senior Courtroom Deputy/Court Specialist**