UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

United States of America   :   Criminal No. 06-243
                           :   *US v. Vaca*
                           :   Order of Reallocation
        vs.                :
                           :
                           :
                           :
                           :

It is on this 14th day of August, 2006, O R D E R E D

that the entitled actions are reallocated from Newark to Trenton

and assigned to Judge Joel A. Pisano.

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT
